[No. 7157–0–III.   Division Three.   February 24, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES HOWARD GALLAHER, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 85–1–00002–0, James R. Thomas, J., entered May 8, 1985. *Affirmed* by unpublished opinion per

McInturff, C.J., concurred in by Green and Thompson, JJ.